# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA OSEGUERA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC., a corporation and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-cv-01029-AWI-BAM<br><br>**ORDER GRANTING THE PARTIES STIPULATION TO PARTICIPATE IN A MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge:　　Hon. Anthony W. Ishii |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the parties are to participate in a Mandatory Settlement Conference with Magistrate Judge Jennifer L. Thurston on **May 20, 2019, at 1:30 p.m.** at the U.S. District Court, 510 19th Street, Suite 200, Bakersfield, California 93301.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any**

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4845-6569-4356 v1

1:18-CV-01029-AWI-BAM
ORDER

**terms** at the conference. Magistrate Judge Thurston will issue an order addressing the substance of any settlement conference statement.

IT IS SO ORDERED.

Dated: __**April 19, 2019**__     _____/s/ *Barbara A. McAuliffe*_____
                                              UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4845-6569-4356 v1

- 2 -

1:18-CV-01029-SWI-BAM
PROPOSED ORDER

1 | Cheryl Johnson-Hartwell (SBN 221063)
E-mail: cjohnson-hartwell@bwslaw.com
2 | Mitchell A. Wrosch (SBN 262230)
E-mail: mwrosch@bwslaw.com
3 | Pooja V. Patel (SBN 317891)
E-mail: ppatel@bwslaw.com
4 | Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
5 | Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700
6 | Attorneys for Defendant
WALMART, INC.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4845-6569-4356 v1

- 3 -

1:18-CV-01029-SWI-BAM
PROPOSED ORDER