UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELA OSEGUERA, an individual, | Case No. 1:18-cv-01029-AWI-BAM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXCUSE WALMART INC.'S IN-HOUSE COUNSEL FROM PERSONALLY APPEARING AT THE MAY 20, 2019 SETTLEMENT CONFERENCE** |
| v. | |
| WALMART, INC., a corporation and DOES 1 through 20, inclusive, | |
| Defendants. | **(Doc. 18)** |

Upon consideration of the parties' stipulation and good cause appearing the Court ORDERS that in-house counsel for Walmart Inc. is excused from personally appearing at the May 20, 2019 Mandatory Settlement Conference. In-house counsel for Walmart Inc. shall be available by telephone during the duration of the settlement conference.

IT IS SO ORDERED.

Dated: **May 17, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE